**Exhibit A to the Complaint**

**Location:** Framingham, MA  **IP Address:** 108.7.183.188
**Total Works Infringed:** 34  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F6B84AB416F34CB9BE79EDA365317979F4A220C5<br>File Hash:<br>0FB78F55714EA23950972B09E842D7197F8578D153687E120421211BDCD7EC70 | 07-03-2023<br>15:43:10 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 2 | Info Hash: D7BB58A0800EC4F7DE6145777AB30F4BE14F41B3<br>File Hash:<br>76BF26B54A478C83AD6D5230EBD2C04CA484DAA584DB0A439E7BAC5C05C9A930 | 07-01-2023<br>06:34:01 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 3 | Info Hash: D292283816849B272548DAFEB5F765559A0E4C38<br>File Hash:<br>55FBA3405D34579ADD9C4F7BACFA370D37C0C595E444E001A06062BDEA7D1B7A | 07-01-2023<br>03:30:07 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 4 | Info Hash: CD97C49C82F38B935420C8A4D7747AF3A2CB4AC8<br>File Hash:<br>A2E4EBB114F4A521E5C4FC3DC4BF1FF9D29166CAF638D09DD7C018AD5FE3419A | 06-30-2023<br>21:23:53 | Slayed | 01-24-2023 | 02-21-2023 | PA0002401001 |
| 5 | Info Hash: 8BC26686D57410BA63DC1A9724996C61274970C8<br>File Hash:<br>2FE5E5A6CEB773E33C964E63E9AF0F266DDBD3E9E19379D7EB069FFA772A6C19 | 06-30-2023<br>21:15:01 | Slayed | 12-20-2022 | 01-05-2023 | PA0002394011 |
| 6 | Info Hash: 99CCD0555B013AF012217F655192BB14B9780A8B<br>File Hash:<br>E2E8A9DB1F821E7BAE7165E404802C23B4EFBD929AECABA158B543CF66887C12 | 06-30-2023<br>21:14:23 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 7 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash:<br>EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 06-29-2023<br>15:59:25 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 8 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash:<br>1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 06-29-2023<br>15:55:23 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 9 | Info Hash: 15088963C7A65B0731C8A1D3478E2DA3B0824D14<br>File Hash:<br>49A0D57F5EAEA61EDE963B035C4D0378840392E668253C24D1D01FA2A9C8F226 | 06-27-2023<br>17:14:50 | Slayed | 12-06-2022 | 01-05-2023 | PA0002393656 |
| 10 | Info Hash: 6E15216DA73217D72ADB6E3D629385E1ADAF570D<br>File Hash:<br>FD1B1D5C02BF45EB89F205EE6C1F8C10A7454BD6F513B08D2F2383FFEE3952B0 | 06-27-2023<br>16:27:54 | Slayed | 01-03-2023 | 02-21-2023 | PA0002400998 |
| 11 | Info Hash: A6F22F651758975DB63BD4D4687C87E151C56142<br>File Hash:<br>9D60212D318267FEEF215F44044707DE7221244E00C8F004AE89179F7E984AD5 | 06-27-2023<br>16:22:19 | Slayed | 10-07-2021 | 11-01-2021 | PA0002326408 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 320E6FEE0A241B0818F36904006372C2A597769B<br>File Hash: 0B1EC11883B82BF6A8E6FBD5A2D9ED10A7B52FFFA1204FC674F52D0BC5DC7222 | 06-27-2023 15:42:50 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 13 | Info Hash: 6B3AD40C87E6BA1096B9D89D023BB8B545BFCB49<br>File Hash: 3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 06-27-2023 15:23:41 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 14 | Info Hash: 2045279A2FFE52B05C6F44502AD282947AF7144B<br>File Hash: 4F12177BE0A4ECC70CAFCFF99EC5610ED9533415F39A05D13BA45AC5DA98307D | 06-10-2023 22:14:39 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 15 | Info Hash: DA9EF435B7C4ECE11F5625176A8808FF6E8D4DB6<br>File Hash: CA3BD7057EA1BD3891366E736327740BDBB4363B6C4D1A1AAAACB8F2E57CC21C | 05-31-2023 01:18:29 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 16 | Info Hash: FC36D13620B85CCE9D9BA2992B2246E4002463DD<br>File Hash: 27E37F140F3F4FEBD1B2C1DF8D303B221A18BD99A64F63072769980136C22CD6 | 05-31-2023 01:11:39 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 17 | Info Hash: 121170F1552B3251C236FECFEA5F0DCC9C909286<br>File Hash: BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 05-31-2023 01:11:33 | Slayed | 11-23-2021 | 12-03-2021 | PA0002333377 |
| 18 | Info Hash: 8B4AD24FF04EAD04499224BF4FD0DEFC023C9BF1<br>File Hash: 4A5C45BE11FB5C74ECE3BECC42D46EBECB9DC303828B7ADFA1687339E4E148AA | 05-31-2023 01:11:22 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 19 | Info Hash: 27A5887FDE9BFEC9C832BAA2AAD5A9FD6502EE14<br>File Hash: 6D5703472B90F0698B7C83490750B06627805503C4200BF48667C1CFC46F9857 | 05-26-2023 21:35:01 | Slayed | 11-22-2022 | 01-06-2023 | PA0002393658 |
| 20 | Info Hash: 1006899BE352E356CFE7C13D65965A916883A8C4<br>File Hash: AA2DF345E96A56235FEEA4C8DD7A44605A1A57D230FE5E29E3409FD089130D35 | 05-22-2023 18:12:16 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 21 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash: E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 04-27-2023 22:54:20 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 22 | Info Hash: F64C22A67C587BB21EB6AF7E1B5A14CC262F18B8<br>File Hash: 7EDBC714FD4B5464E6535343F2BE6921300B4B1C0C1CB3EDF29411EE15075A15 | 04-27-2023 22:54:14 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 23 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash: 65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 04-27-2023 19:52:53 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash: 87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 04-27-2023 19:50:46 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 25 | Info Hash: AFE290E37A5FFCB9787DBE0C61FB4F1CD913465A<br>File Hash: 39D2C2BF42AB00CA6BAAC52A0B60138A28851EE5A7A8B49E052C6C999713E7A7 | 03-01-2023 16:51:21 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 26 | Info Hash: 21E212CA2738BBAC40B37DD6A175495A6C6F49C3<br>File Hash: 2808CECE7508F6BED35A98444B7B848E83AC0FAE596C000D698F779AA1566738 | 02-01-2023 19:14:02 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 27 | Info Hash: 5CA5C7DA805405E6FBF6B8689986A56BE69B9BEA<br>File Hash: 9AE097E25B3D86448828E20573E5EA8CAF5617DA5B6AC7D40BF10819E0E7380C | 10-28-2022 14:51:10 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 28 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 10-21-2022 18:22:59 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 29 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 10-21-2022 13:20:27 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 30 | Info Hash: 33F94195AFEDA778091F28D56591F3AE14EDB866<br>File Hash: E514A61C7ACA9543460A99216ABD9BE7C466A6CDDCC9783A4F996E2548240887 | 10-21-2022 04:28:17 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 31 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 10-21-2022 04:26:26 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 32 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 10-20-2022 19:58:04 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 33 | Info Hash: 182CA3D311403EF2BAE9F905FB7ED58E356318D2<br>File Hash: 1C15E6E7A002D9C8861941FA3D5411DEE6FECB1590B8AD6E8E71DA44E5C620E9 | 10-17-2022 00:41:19 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 34 | Info Hash: F4785D1508FCA25247F7DD10184BC3A172EE9BF6<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 10-13-2022 14:51:25 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |